

FILED

AUG 29 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ELIZABETH PRITCHARD-SLEATH, | CV 12–74–H–DLC |
| Plaintiff, | |
| vs. | VERDICT |
| MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, | |
| Defendant. | |

We, the jury duly empaneled, find:

QUESTION 1: Has Ms. Pritchard-Sleath proved, by a preponderance of the evidence, that the Department discharged her in violation of the Montana Wrongful Discharge from Employment Act?

No _____  Yes \_\_\_X\_\_\_\_

If your answer to Question 1 is "yes," proceed to Question 2.

If your answer to Question 1 is "no," proceed to Question 4.

QUESTION 2: Has Ms. Pritchard-Sleath proved, by a preponderance of the

1

evidence, that her wrongful discharge caused damages?

No_____ Yes\_\_\_\_X\_\_\_\_\_

If your answer to Question 2 is "yes," proceed to Question 3.

If your answer to Question 2 is "no," proceed to Question 4.

QUESTION 3: Please indicate the amount of damages Ms. Pritchard-Sleath suffered:

Lost wages/fringe benefits: $ _244,239.00_

QUESTION 4: Has Ms. Pritchard-Sleath proved, by a preponderance of the evidence, that Defendant converted her personal property?

No \_\_X\_\_ Yes _____

If your answer to Question No. 4 is "no," proceed to Question No. 5.

If your answer to Question No. 4 is "yes," proceed to Question No. 6.

QUESTION 5: Has Ms. Pritchard-Sleath proved, by a preponderance of the evidence, that the Department's negligence caused a loss of her personal property?

No \_\_X\_\_ Yes _____

If your answer to Question No. 5 is "no," then answer no more questions.

If your answer to Question No. 5 is "yes," proceed to Question No. 6.

QUESTION 6: Damages for the loss of Ms. Pritchard-Sleath's personal property: $\_\_\_0\_\_\_\_.

DATED this  29  day of August, 2014.

                                                    *Karen E. Huck*
                                                    JURY FOREPERSON