UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ELIZABETH PRITCHARD-SLEATH,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No. CV-12-074-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

__X__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment is entered in favor of Plaintiff and against Defendant, and for damages in the amount of Two hundred forty-four thousand, two hundred thirty-nine dollars and 00/100 ($244,239.00).

Dated this 2nd day of September, 2014.

TYLER P. GILMAN, CLERK

By: /s/ Darlene DeMato
Deputy Clerk